UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NYC District Council,

-v.-

: 09 Civ 8962 (RWS)

East Port Excavation

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/10
```

Please be advised that the conference scheduled for April 14, 10 has been rescheduled to May 5, 10 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
4-13-10

_____
ROBERT W. SWEET
United States District Judge